UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTNEY MACK,

    Plaintiff,

v.                                             Case No. 8:24-cv-672-TPB-AAS

MESERET CONSULTING, INC., and
NAHOM ALEMSEGHED,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on May 22, 2024. (Doc. 13). Judge Sansone recommends that "Plaintiff's Motion for Final Judgment After Default as to Defendants, Meseret Consulting, Inc. and Nahom Alemseghed, Individually" (Doc. 12) be granted in part and denied in part. Specifically, Judge Sansone recommends that judgment be entered in Plaintiff's favor on Counts I, II, and III, and that damages be awarded against Defendants for $2,200.10, plus post-judgment interest at the statutory rate. Judge Sansone further recommends that the Court award attorney's fees of $2,030.00 and costs of $572.03, plus post-judgment interest at the statutory rate. No party has objected, and the time to object has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate

judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's well-reasoned report and recommendation, the Court adopts the report and recommendation. Consequently, Plaintiff's motion for final default judgment is granted in part and denied in part.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 13) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff's Motion for Final Judgment After Default as to Defendants, Meseret Consulting, Inc. and Nahom Alemseghed, Individually" (Doc. 12) is hereby **GRANTED IN PART** and **DENIED IN PART**.

(3) The Clerk is **DIRECTED** to enter final default judgment in favor of Plaintiff Brittney Mack, and against Defendants Meseret Consulting, Inc. and Nahom Alemseghed, on Counts I, II, and III of the complaint, in the total amount of

$2,200.10, plus post-judgment interest at the statutory rate. The Court finds that Plaintiff is entitled to and awards attorney's fees of $2,030.00 and costs of $572.03, plus post-judgment interest at the statutory rate.

(4) Following the entry of judgment, the Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of June, 2024.

TOM BARBER
UNITED STATES DISTRICT JUDGE